|   |
|---|
| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ABDALLAH OSSEILY, | No. 2:23-cv-00561-JAK (ADSx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL (DKT. 48)** |
| v. | |
| ALEJANDRO MAYORKAS, | **JS-6: CASE CLOSED** |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ABDALLAH OSSEILY, | No. 2:23-cv-00561-JAK (ADSx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION OF DISMISSAL (DKT. 48)** |
| v. |  |
| ALEJANDRO MAYORKAS, | **JS-6: CASE CLOSED** |
| Defendant. |  |

Based on a review of the Stipulation of Dismissal (the "Stipulation" (Dkt. 48)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**, as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: August 06, 2024    _____

John A. Kronstadt

United States District Judge